IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFONZA GACHETT, #160757, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09cv117-CSC |
| | ) | (WO) |
| | ) | |
| RAYMOND ROGERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case on September 4, 2009, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and that this case be and is hereby DISMISSED with prejudice with the costs of the proceedings taxed against the plaintiff.

Done this 4th day of September, 2009.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE